*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.

### 19537.   PHILLIPS *v.* THE STATE.

BROYLES, C. J.   The evidence authorized the jury to find that the premises upon which the distilling apparatus was found were in the defendant's possession and under his control.   The accused introduced no evidence, and his denial, in his statement to the jury, that the premises were in his possession or under his control was evidently disbelieved by the jury.   The verdict was authorized by the evidence, and the refusal to grant a new trial (the motion being based upon the general grounds only) was not error.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*P. Z. Geer,* for plaintiff in error.   *J. A. Drake, solicitor,* contra.

### 19538.   WEAVER *v.* THE STATE.

LUKE, J.   There being evidence that the defendant was drunk on a public highway as alleged in the accusation, this court can not disturb the jury's verdict finding the defendant guilty, or reverse the judgment of the trial court overruling the motion for a new trial, based solely upon the usual general grounds.

*Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*